In the Matter of the Accounting of the FARMERS' LOAN
AND TRUST COMPANY et al., as Substituted Trustees
under the Will and as Administrators with the Will
Annexed of the Estate of HELEN E. KELSEY, Deceased,
Respondents.

NELLIE KELSEY, as Executrix of CHARLES KELSEY,
Deceased, Appellant.

*Will — construction — distribution of residuary estate.*

*Matter of Kelsey,* 200 App. Div. 908, affirmed.

(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 24, 1922, which affirmed a decree of the New
York County Surrogate's Court construing the will of
Helen E. Kelsey, deceased.   Testatrix by her will gave
all her residuary estate to her executors in trust " to
apply the net income arising from all the rest of said
residue and the remainder of said proceeds to the use
of my said son Oscar during his natural life, and. the
principal thereof to be divided among his children at
and upon his decease, should he leave children surviving
him, but in case of his death without leaving surviving
him any children, such last mentioned principal shall be
divided equally among my other children, Charles, Anna
and Helen, if then living, and if any of them shall then
be dead, the children of such deceased child shall together
take the share to which their parent would have been
entitled if living."   The testatrix was survived by her
four children, Oscar, Charles, Anna and Helen.   Charles
predeceased Oscar, the life beneficiary of said trust, leaving
no issue him surviving.   Subsequently to the death of
Charles, Oscar died leaving no issue him surviving.   Anna
and Helen, daughters of said testatrix, survived Oscar.
Anna died on July 30, 1918, and her sister Helen on April
6, 1893.   The appellant is the executrix and sole legatee
under the will of Charles Kelsey, Jr., the son of the
testatrix, who predeceased Oscar without issue.

The surrogate held that upon the death of Oscar the

estate of testatrix passed one-half to Anna and one-half to Helen and that the appellant herein took no interest in said property.

*Charles C. Sanders* for appellant.

*Charles Angulo* for Farmers' Loan and Trust Company, as trustee, etc., et al., respondents.

*Frederic C. Scofield* and *Ralph W. Thomas* for John B. Kerr, as substituted trustee, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESSEL, NICKEL & GROSS, Appellant, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.

*Appeal — order of Appellate Division reversing order of Special Term granting writ of mandamus on ground that such writ was not proper remedy not appealable as of right to Court of Appeals.*

*People ex rel. Wessel, Nickel & Gross v. Craig,* 199 App. Div. 845, 851, appeal dismissed.

(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1922, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to pay to relator a sum alleged to have been overpaid for taxes. The Appellate Division held that mandamus was not the proper remedy.

*James M. Vincent* and *Charles C. Sanders* for appellant.

*John P. O'Brien, Corporation Counsel (William H. King* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.